Bruce K. BOUNDY, Plaintiff–Appellant,

v.

UNITED STATES PATENT AND TRADEMARK OFFICE, Defendant–Appellee,

and

Jon W. Dudas, Under Secretary of Commerce for Intellectual Property and Director of the Patent and Trademark Office, Theresa Walberg, Joseph Pelham, and John W. Jeffery, Defendants–Appellees.

No. 04–1561.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2004.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.